# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Nicholas A. Dove,

        Plaintiff,

v.

Silver, *et al.*,

        Defendants.

Case No.: 2:25-cv-01011-JAD-EJY

**ORDER**

Plaintiff, proceeding *pro se*, submitted an incomplete application to proceed *in forma pauperis* together with a Civil Rights Complaint under 42 U.S.C. § 1983 on June 9, 2025. ECF Nos. 1, 1-1. Unfortunately, the application fails to include the required financial certificate and Plaintiff's inmate trust fund account statement for the previous six-month period, which are required under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Instead, Plaintiff moved for a 90-day extension to file those documents, arguing that he sought them from prison officials over a month ago and is informed that it can take up to four months to process. ECF No. 1-2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion for an extension of time (ECF No. 1-2) is GRANTED to the extent Plaintiff is provided additional time to submit a complete IFP application.

IT IS FURTHER ORDERED that on or before **August 19, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **August 19, 2025**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows

Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

    IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

    IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

    Dated this 20th day of June, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE