**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Nicholas A. Dove, | Case No.: 2:25-cv-01011-JAD-EJY |
| Plaintiff | |
| v. | **Order Granting in Part Motion for Extension of Time** |
| Silber, et al., | [ECF No. 9] |
| Defendants | |

Plaintiff Nicholas Dove brings this civil-rights lawsuit to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison.  In screening Dove's complaint, I dismissed his claims with leave to amend by April 16, 2026.[1]  Before that deadline expired, Dove moved for an extension to file "a corrected appellate brief," arguing that more time is needed to complete legal research in the prison's law library.[2]  It does not appear that Dove mistakenly filed his motion in the wrong matter because he later argues that more time is needed to obtain documents and paperwork "to use for amendment."[3]

Dove should not require research from the law library to prepare an amended complaint in this action because I gave him the legal standards for his possible claims in my screening order, instructed that he needed to plead enough facts to show what each defendant did or did not do to violate his federal rights, and did not give him leave to amend to add new claims.[4]  But Dove has

---

[1] ECF No. 7.

[2] ECF No. 9.

[3] *Id.* at 2.

[4] ECF No. 7 at 4–9.

otherwise shown good cause to extend the deadline for him to file an amended complaint by 30 days.  I clarify that this is a civil lawsuit, not an appellate proceeding.

### Conclusion

IT IS THEREFORE ORDERED that Dove's motion to extend time **(ECF No. 9) is GRANTED in part**: the deadline for Dove to file a first amended complaint is **EXTENDED** to **May 18, 2026**.  This motion is **DENIED in all other respects**.

Dated: April 28, 2026

_____
U.S. District Judge

2